O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR12-287-CAS |
| Plaintiff, ) | REVOCATION OF SUPERVISED |
| v. ) | RELEASE AND JUDGMENT |
| MIGUEL VEGA, ) | |
| Defendant. ) | |
| _____ ) | |

    On March 5, 2014 and March 20, 2014, this matter came before the Court on the Petition On Probation and Supervised Release originally filed on January 8, 2014. Government counsel, Joseph Johns, the defendant and his appointed attorney, Richard Goldman, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Gregory Metoyer, was also present. The defendant admitted allegations 1 and 4 of the Petition filed January 8, 2014. The Court granted the government's withdraw of allegations 2 and 3 of the Petition filed January 8, 2014. The Court found the admissions voluntary and knowledgeable and accepted them. The Court further found that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/ Commitment Order of October 6, 2008 and June 18, 2012.

    The Court ORDERS defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of one (1) year, with no supervision to follow.

1    IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
2 Marshal or other qualified officer and that said copy shall serve as the commitment of
3 defendant.

4
5 FILE/DATED: March 20, 2014          _____
                                      CHRISTINA A. SNYDER
6                                     UNITED STATES DISTRICT JUDGE

7                                     TERRY NAFISI, CLERK

8
9                                     By: __/S/_____
                                          Catherine M. Jeang, Deputy Clerk